FILED

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0145

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0145

_____

CITY OF GREAT FALLS,

      Petitioner and Appellant,

  v.

INTERNATIONAL ASSOCIATION OF FIRE
FIGHTERS, Local #8, MONTANA
FEDERATION OF PUBLIC EMPLOYEES, and
CITY OF GREAT FALLS CRAFT COUNCIL,

      Respondents and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2023